THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
James L. Earving, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No.  2007-UP-158
Submitted April 2, 2007  Filed April 5, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General; and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  James L. Earving appeals his guilty plea to numerous charges and his sentence to a total of thirty years in prison.  His counsel contends the plea failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Earvings appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.